IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK RACZKOWSKI, individually, and on behalf of persons similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Honorable Judge Harry D. Leinenweber |
| v. | ) ) | Case No. : 1:17-cv-01213 |
| MATTRESS FIRM, INC., a Delaware corporation, | ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS COMPLAINT**

Plaintiff, FRANK RACZKOWSKI, individually, and on behalf of others similarly situated, moves to voluntarily dismiss the Complaint, and states as follows:

1. This action seeks redress for Mattress Firm's willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. (FLSA), by failing to pay Plaintiff and others similarly situated overtime wages for hours worked in excess of forty (40) hours in a week.

2. Plaintiff moves to voluntarily dismiss the Complaint, with the parties to bear their own fees and costs.

3. Mattress Firm does not oppose Plaintiff's motion.

4. As a result of Plaintiff's motion, Defendants' motion to compel individual arbitration, noticed for Thursday, March 30, at 9:30 a.m. is moot.

5. The parties request that this motion be granted without the need for the parties to appear.

Dated: March 28, 2017  Respectfully submitted,

Frank Raczkowski, and the other similarly

situated persons in the asserted classes

By: /s/ Margherita M. Albarello
One of his/their attorneys

Margherita M. Albarello,
Attorney No. 6187375
Di Monte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL  60068
847/698-9600
847/698-9623  Facsimile
malbarello@dimontelaw.com