# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Frank Raczkowski
        Plaintiff,

v.               Case No.: 1:17–cv–01213
                Honorable Harry D. Leinenweber

Mattress Firm, Inc.
        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 29, 2017:

  MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiff's Unopposed Motion to voluntarily dismiss complaint [11] is granted. Defendant's Motion to compel [4] is moot. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.